IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

| | |
|---|---|
| In re: * | |
| * | Chapter 7 |
| KOJI GOTO, * | Case No. 04-13739-JMD |
| Debtor * | |
| * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**ORDER APPROVING EX PARTE ASSENTED TO MOTION TO
CONTINUE HEARING AND EXTEND TIME
TO RESPOND TO TRUSTEE'S OBJECTION TO
<u>IRWIN MUSKAT'S PROOF OF CLAIM</u>**

This cause coming to be heard on the Ex Parte Assented to Motion to Continue Hearing and Extend Time to Respond to the Trustee's Objection to Irwin Muskat's Proof of Claim; no notice being necessary; and the Court being advised in the premises,

IT IS HEREBY ORDERED that the motion is granted; the deadline by which Irwin Muskat may respond to the Trustee's Omnibus Objection to Claims is extended to and including November 8, 2007; and the hearing on the Trustee's objection to proof of claim number 23 is continued to November 29, 2007 at 9:00 a.m.

Dated: August 30, 2007

/s/ J. Michael Deasy
_____
J. Michael Deasy
United States Bankruptcy Judge